Form 10 - AFFIDAVIT OF MAILING ONLY



UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

KNOW YOUR IX, ET AL.,
                                                    PLAINTIFF
                            - vs -
ELISABETH D. DEVOS, ET AL.,
                                                    DEFENDANT

index No. **1:20-CV-01224-RDB**
Date Filed
Office No. **900001-2753**
Court Date.

STATE OF NEW YORK, COUNTY OF NEW YORK     :SS:

**MICHAEL ROTH** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York.
That on **01st day of June, 2020** at a regular postal depository maintained by the United States at Peck Slip Station, New York, New York, Deponent mailed the copy of

**CIVIL COVER SHEET, SUMMONS IN A CIVIL ACTION AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND ELECRTRONIC CASE FILING POLICIES AND PROCEDURES MANUAL**

**to ELISABETH D. DEVOS, IN HER OFFICIAL CAPACITY AS SECRETARY OF EDUCATION**
**the DEFENDANT at**
**400 MARYLAND AVENUE, S.W.**
**WASHINGTON, DC 20202**

Copy mailed by first class mail marked PERSONAL & CONFIDENTIAL not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

**COMMENTS: COPY MAILED BY CERTIFIED MAIL RETURN RECEIPT REQUESTED # 70200640000071353321**

Sworn to before me this
03RD day of JUNE, 2020

SHAWN D FORBES
Notary Public, State of New York
No. 01FO6275296
Qualified in KINGS COUNTY
Commission Expires 01/28/2021

MICHAEL ROTH DCA LIC #2005859
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 7-_____-3296530


P3296522

| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND | |
|---|---|
| KNOW YOUR IX, ET AL., | index No. **1:20-CV-01224-RDB** |
| PLAINTIFF | Date Filed |
| - vs - | Office No. **900001-2753** |
| ELISABETH D. DEVOS, ET AL., | Court Date. |
| DEFENDANT | |

STATE OF NEW YORK, COUNTY OF NEW YORK       :SS:

**MICHAEL ROTH** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York.
That on **01st day of June, 2020** at a regular postal depository maintained by the United States at Peck Slip Station, New York, New York, Deponent mailed the copy of

**CIVIL COVER SHEET, SUMMONS IN A CIVIL ACTION AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND ELECRTRONIC CASE FILING POLICIES AND PROCEDURES MANUAL**

**to KENNETH L. MARCUS, IN HIS OFFICIAL CAPACITY AS ASSISTANT SECRETARY FOR CIVIL RIGHTS AT THE UNITED STATES DEPARTMENT OF EDUCATION
the DEFENDANT at
400 MARYLAND AVENUE, S.W.
WASHINGTON, DC 20202**

Copy mailed by first class mail marked PERSONAL & CONFIDENTIAL not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

**COMMENTS: COPY MAILED BY CERTIFIED MAIL RETURN RECEIPT REQUESTED # 70200640000071353338**

Sworn to before me this
03RD day of JUNE, 2020

SHAWN D FORBES
Notary Public, State of New York
No. 01FO6275296
Qualified in KINGS COUNTY
Commission Expires 01/28/2021

MICHAEL ROTH DCA LIC #2005859
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 7-_____-3296522

2a

Form 10 - AFFIDAVIT OF MAILING ONLY



| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND | |
| KNOW YOUR IX, ET AL., | index No. **1:20-CV-01224-RDB** |
| PLAINTIFF | Date Filed |
| - vs - | Office No. **900001-2753** |
| ELISABETH D. DEVOS, ET AL., | Court Date. |
| DEFENDANT | |

STATE OF NEW YORK, COUNTY OF NEW YORK   :SS:

**MICHAEL ROTH** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York.
That on **01st day of June, 2020** at a regular postal depository maintained by the United States at Peck Slip Station, New York, New York, Deponent mailed the copy of

**CIVIL COVER SHEET, SUMMONS IN A CIVIL ACTION AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND ELECRTRONIC CASE FILING POLICIES AND PROCEDURES MANUAL**

**to UNITED STATES DEPARTMENT OF EDUCATION**
**the DEFENDANT at**
**400 MARYLAND AVENUE, S.W.**
**WASHINGTON, DC 20202**

Copy mailed by first class mail marked PERSONAL & CONFIDENTIAL not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

**COMMENTS: COPY MAILED BY CERTIFIED MAIL RETURN RECEIPT REQUESTED # 70200640000071353314**

Sworn to before me this
03RD day of JUNE, 2020

_____
SHAWN D FORBES
Notary Public, State of New York
No. 01FO6275296
Qualified in KINGS COUNTY
Commission Expires 01/28/2021

_____
MICHAEL ROTH DCA LIC #2005859
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 7-_____-3296555

2a

Form 10 - AFFIDAVIT OF MAILING ONLY


P3289345

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

KNOW YOUR IX, ET AL.,
                                                      PLAINTIFF
                    - vs -

ELISABETH D. DEVOS, ET AL.,
                                                      DEFENDANT

Index No. **1:20-CV-01224-RDB**
Date Filed
Office No. **900001-2753**
Court Date.

STATE OF NEW YORK, COUNTY OF NEW YORK       :SS:

**MICHAEL ROTH** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York.
That on **29th day of May, 2020** at a regular postal depository maintained by the United States at Peck Slip Station, New York, New York, Deponent mailed the copy of

**CIVIL COVER SHEET, SUMMONS IN A CIVIL ACTION AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND ELECRTRONIC CASE FILING POLICIES AND PROCEDURES MANUAL**

**to ATTORNEY GENERAL OF THE UNITED STATES**
**the DEFENDANT at**
**U.S. DEPARTMENT OF JUSTICE 950 PENNSYLVANIA AVENUE, NW**
**WASHINGTON, DC 20530**

Copy mailed by first class mail marked PERSONAL & CONFIDENTIAL not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

**COMMENTS: COPY MAILED BY CERTIFIED MAIL RETURN RECEIPT: 7017 2620 0000 0119 4426**

Sworn to before me this
03RD day of JUNE, 2020

SHAWN D FORBES
Notary Public, State of New York
No. 01FO6275296
Qualified in KINGS COUNTY
Commission Expires 01/28/2021

MICHAEL ROTH DCA LIC #2005859
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 7-_____-3289345

2a

Form 10 - AFFIDAVIT OF MAILING ONLY



| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND | |
| KNOW YOUR IX, ET AL.,<br>                                        PLAINTIFF<br>    - vs -<br>ELISABETH D. DEVOS, ET AL.,<br>                                        DEFENDANT | index No. **1:20-CV-01224-RDB**<br>Date Filed<br>Office No. **900001-2753**<br>Court Date. |

STATE OF NEW YORK, COUNTY OF NEW YORK    :SS:

**MICHAEL ROTH** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York.
That on **01st day of June, 2020** at a regular postal depository maintained by the United States at Peck Slip Station, New York, New York, Deponent mailed the copy of
**CIVIL COVER SHEET, SUMMONS IN A CIVIL ACTION AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND ELECRTRONIC CASE FILING POLICIES AND PROCEDURES MANUAL**

**to ROBERT K. HUR**
**the DEFENDANT at**
**UNITED STATES ATTORNEY FOR THE DISTRICT OF MARYLAND, U.S. ATTORNEY'S OFFICE 36 S. CHARLES STREET, 4TH FLOOR**
**BALTIMORE, MD 21201**

Copy mailed by first class mail marked PERSONAL & CONFIDENTIAL not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

**COMMENTS: COPY MAILED BY CERTIFIED MAIL RETURN RECEIPT REQUESTED # 70200640000071353345**

Sworn to before me this
03RD day of JUNE, 2020

SHAWN D FORBES
Notary Public, State of New York
No. 01FO6275296
Qualified in KINGS COUNTY
Commission Expires 01/28/2021

MICHAEL ROTH DCA LIC #2005859
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 7-_____-3296506