# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KNOW YOUR IX, et al., *Plaintiffs*, <br><br> v. <br><br> Elisabeth D. DEVOS, in her official capacity as U.S. Secretary of Education, et al., *Defendants*, <br><br> FOUNDATION FOR INDIVIDUAL RIGHTS IN EDUCATION <br> 510 Walnut St. <br> Suite 1250 <br> Philadelphia, PA 19106, <br><br> INDEPENDENT WOMEN'S LAW CENTER <br> 4 Weems Lane, #312 <br> Winchester, VA 22601, <br><br> SPEECH FIRST, INC. <br> 1300 I St. NW <br> Suite 400E <br> Washington, D.C. 20005, <br><br> *[Proposed] Intervenor-Defendants.* | Civil Action No. 1:20-cv-1224-RDB |

## MOTION TO INTERVENE AS DEFENDANTS

Movants—the Foundation for Individual Rights in Education, the Independent Women's Law Center, and Speech First, Inc.—move to intervene as defendants in this case. As explained in their attached memorandum, Movants satisfy the requirements for both intervention as of right under Rule 24(a)(2) and permissive intervention under Rule 24(b). Plaintiffs "take no position on Movants' intervention as of right or permissive intervention at this time, but reserve their right to consent or object after they have reviewed the motion and supporting materials." Defendants "will take a

position after reviewing the intervention motion." Movants respectfully ask this Court to grant their motion and let them intervene as defendants.

| | |
|---|---|
| Dated: June 24, 2020 | Respectfully submitted, |
| /s/ Nicole J. Moss | /s/ William S. Consovoy |
| Charles J. Cooper (pro hac vice forthcoming)<br>Brian W. Barnes (pro hac vice forthcoming)<br>Nicole J. Moss (#20222)<br>COOPER & KIRK, PLLC<br>1523 New Hampshire Ave., NW<br>Washington, D.C. 20036<br>(202) 220-9600<br>ccooper@cooperkirk.com<br>bbarnes@cooperkirk.com<br>nmoss@cooperkirk.com | William S. Consovoy (#20397)<br>Cameron T. Norris (bar number not yet assigned)<br>Alexa R. Baltes (pro hac vice forthcoming)<br>CONSOVOY MCCARTHY PLLC<br>1600 Wilson Blvd., Ste. 700<br>Arlington, VA 22209<br>(703) 243-9423<br>will@consovoymccarthy.com<br>cam@consovoymccarthy.com<br>lexi@consovoymccarthy.com |
| *Counsel for Foundation for Individual Rights in Education* | *Counsel for Speech First, Inc. and Independent Women's Law Center* |

2