IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KNOW YOUR IX et al.,<br><br>       Plaintiffs,<br><br>v.<br><br>ELISABETH D. DEVOS,<br>*in her official capacity as Secretary of Education*, et al.,<br><br>       Defendants. | Civil Action No. 20-cv-1224-RDB |

**DEFENDANTS' RESPONSE TO FOUNDATION FOR INDIVIDUAL RIGHTS IN EDUCATION, THE INDEPENDENT WOMEN'S LAW CENTER, AND SPEECH FIRST, INC.'S MOTION TO INTERVENE AS DEFENDANTS**

Regarding Foundation for Individual Rights in Education, the Independent Women's Law Center, and Speech First, Inc.'s motion to intervene as defendants, ECF No. 20, Defendants take no position with respect to intervention as of right and consent with respect to permissive intervention.

Dated: July 6, 2020

Respectfully submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director
Civil Division

*Benjamin Takemoto*
BENJAMIN T. TAKEMOTO
D. Md. Bar No. 19642
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Ben Franklin Station, P.O. Box No. 883
Washington, DC 20044
Phone: (202) 532-4252

Fax: (202) 616-8470
E-mail: benjamin.takemoto@usdoj.gov

*Attorneys for Defendants*