**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| KNOW YOUR IX, a project of Advocates for Youth, et al.,<br><br>              Plaintiffs,<br><br>-against-<br><br>ELISABETH D. DEVOS, in her official capacity as United States Secretary of Education, et al.,<br><br>              Defendants. | Civil Action No. 1:20-cv-1224-RDB |

**Motion to Withdraw Appearance of Hilary Ledwell and Rebecca A. Ojserkis As Counsel**

Please take notice that Hilary Ledwell and Rebecca A. Ojserkis withdraw their appearances as counsel for Plaintiffs Know Your IX, a project of Advocates for Youth, Council of Parent Attorneys and Advocates, Inc., Girls for Gender Equity, and Stop Sexual Assault in Schools. As of September 3, 2020, Ms. Ledwell no longer serves as an employee with the American Civil Liberties Union Foundation (ACLU). As of October 2, 2020, Ms. Ojserkis no longer serves as an employee with the ACLU. Remaining counsel of record for the Plaintiffs from the ACLU and Stroock & Stroock & Lavan LLP will continue in this action.

Dated: October 5, 2020       Respectfully Submitted,

               */s/ Sandra S. Park*

               Joshua Sohn (*admitted pro hac vice*)
               Daniel Lewkowicz (*admitted pro hac vice*)
               Stroock & Stroock & Lavan LLP
               180 Maiden Lane
               New York, New York 10038
               Phone: (212) 806-5400
               Fax: (212) 806-6006
               jsohn@stroock.com
               dlewkowicz@stroock.com

Jennesa Calvo-Friedman *(admitted pro hac vice)*
Sandra S. Park *(admitted pro hac vice)*
Anjana Samant *(admitted pro hac vice)*
Ria Tabacco Mar *(admitted pro hac vice)*
American Civil Liberties Union Foundation
Women's Rights Project
125 Broad Street 18th Floor
New York, New York 10004
Phone: (212) 549-2644
Fax: (212) 549-2580
jcalvo-friedman@aclu.org
spark@aclu.org
asamant@aclu.org
rmar@aclu.org

Seamus Curley (Bar # 21172)
Stroock & Stroock & Lavan LLP
1875 K Street NW
Washington, DC 20006-1253
Phone: (202) 739-2889
Fax: (202) 739-2895
scurley@stroock.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2020, I caused a copy of the foregoing Plaintiffs' Motion to Withdraw Appearance of Hilary Ledwell and Rebecca A. Ojserkis as counsel to be electronically served upon all parties receiving CM/ECF notices in this case.

*/s/ Sandra S. Park*
Sandra S. Park