IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **KNOW YOUR IX**, *et al.*, | * | |
| v. | * | **Civil Action No. RDB-20-01224** |
| **ELISABETH D. DEVOS**, *in her official Capacity as Secretary of Education*, *et al.*, | * | |
| | * | |
| **Defendants.** | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## <u>ORDER</u>

For the reasons stated in the foregoing Memorandum Opinion, it is HEREBY ORDERED this 20th day of October, 2020 that:

1. The Motion to Intervene by the Intervenor Defendants the Foundation for Individial for Rights in Education, the Independent Women's Law Center, and Speech First, Inc. (ECF No. 20) is DENIED AS MOOT;

2. Defendants' Motion to Dismiss (ECF No. 34) is GRANTED.  Specifically, Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE.

3. The Clerk of this Court shall CLOSE THIS CASE; and

4. The Clerk of the Court shall transmit a copy of this Order and accompanying Memorandum Opinion to counsel of record.

_____/s/_____

Richard D. Bennett

United States District Judge